

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MYRANDA CRAIG, on Behalf of the Minor Child J.B., | § | No. 08-23-00067-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| TRAVIS BRITTAIN, | § | (TC# 2022DCM6866) |
| Appellee. | | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. Finding the clerk's record has not been filed due to the fault of Appellant, we dismiss the appeal for want of prosecution.

On June 8, 2023, after the El Paso County District Clerk notified this Court of Appellant's failure to pay or to arrange to pay for preparation of the clerk's record, the Clerk of this Court sent a letter to all parties giving notice of the Court's intention to dismiss the appeal for want of prosecution unless any party, within 10 days of the date of said notice, provided grounds for continuing the appeal. *See* TEX. R. APP. P. 37.3(b) (authorizing appellate court to dismiss appeal if no clerk's record is prepared due to Appellant's fault). That notice also requested immediate notice be given to this Court, if the El Paso County District Clerk received satisfactory payment for the

clerk's record; but if payment were not received by June 19, 2023, for the El Paso County District Clerk to provide notice of Appellant's non-payment. On June 20, 2023, the El Paso County District Clerk again provided notice of not having received satisfactory payment from Appellant for the clerk's record of this case.

As of this date, more than 10 days have elapsed from this Court's notice of intention to dismiss the appeal for want of prosecution, yet Appellant has not paid (or arranged to pay) for preparation of the clerk's record, nor has she otherwise shown she is excused from paying such costs. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

GINA M. PALAFOX, Justice

June 23, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

2